1  RACHEL ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3545
4  Facsimile: 415.402.0058
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| Tabatha Means,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lyft, Inc., a Delaware Corporation; and DOES 1 Through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 3:24-cv-00177-MMC (lead case)<br><br>**[PROPOSED] JOINT STIPULATION AND ORDER TO STAY PROCEEDING PENDING POTENTIAL TRANSFER OF THIS ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Action Filed:　01/10/2024<br>Trial Date:　　None |
| Laurie Spano,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lyft, Inc., a Delaware Corporation; and DOES 1 Through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 3:24-cv-00799-MMC (related case) |

|  |  |
|---|---|
| Maribeth Stencel,<br><br>        Plaintiff,<br><br>  v.<br><br>Lyft, Inc., a Delaware Corporation; and DOES 1 Through 50, Inclusive,<br><br>        Defendants. | Case No. 3:24-cv-01535-MMC (related case) |

## **STIPULATION**

Plaintiff Tabatha Means, Plaintiff Laurie Spano, Plaintiff Maribeth Stencil, and Lyft, Inc. hereby stipulate as follows:

WHEREAS, Plaintiff Means filed the Complaint on October 10, 2024 (Doc. No. 1), and served Defendants on January 17, 2024;

WHEREAS, Plaintiff Spano, filed the Complaint on February 9, 2024 (Doc. No. 2), and served Defendants on February 22, 2024;

WHEREAS, Plaintiff Stencel, filed the Complaint on March 13, 2024 (Doc. No. 3) and served Defendants on March 19, 2024;

WHEREAS, the Judicial Panel on Multidistrict Litigation is currently considering a petition to transfer these cases and other cases into federal Multidistrict Litigation for coordinated or consolidated proceedings under 28 U.S.C. § 1407;

WHEREAS, the parties agree that a stay pending potential MDL transfer will help ensure efficiency and judicial economy given the potential transfer of this matter in an MDL proceeding;

WHEREAS, The execution of this stipulation is not a waiver of any claims or defenses the parties have, and the parties expressly reserve all such claims and defenses;

WHEREAS, the Court has the inherent power to grant a stay, *see Landis v. No. Am. Co.*, 299 U.S. 248, 254–55 (1936); and

WHEREAS, courts routinely stay cases pending a JPML decision in order to conserve

party and judicial resources and avoid inconsistent results, *see, e.g., Poff v. McKesson Corp.*, 2013 WL 3949207, at *2 (N.D. Cal. July 30, 2013) (explaining that a stay pending resolution of a motion to consolidate before the JPML would "promote judicial economy, uniformity and consistency in decision making"); *Freitas v. McKesson Corp.*, 2012 WL 161211 (N.D. Cal. Jan. 10, 2012) (granting motion to stay pending decision by the JPML); *Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998), *abrogated on other grounds by Volzhenina v. Safeco Ins. Co. of Am.*, 2025 WL 1413403, at *2 (N.D. Cal. May 15, 2025) (noting that courts "frequently grant stays pending a decision by the MDL Panel regarding whether to transfer a case"); *see also Couture v. Hoffman-La Roche, Inc.*, 2012 WL 3042994, at *2 (N.D. Cal. July 25, 2012); *McCrerey v. Merck & Co.*, 2005 WL 6124182, at *3 (S.D. Cal. Mar. 3, 2005).

WHEREUPON, the parties jointly request entry of an order providing that these cases, including, joint case-management statements, and any related case-management conferences scheduled (or to be schedule) by the Court, and any related deadlines pursuant to prior case-management orders, or under the Federal Rules of Civil Procedure or the Civil Local Rules are stayed pending the potential transfer of these cases by the Judicial Panel on Multidistrict Litigation.

**IT IS SO STIPULATED.**

Dated:  November 21, 2025

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

By: */s/ Rachel B. Abrams*
Rachel Abrams (SBN: 209316)
Adam B. Wolf (SBN: 215914)
555 Montgomery St., Suite 820
San Francisco, CA 94111
Telephone: (415) 766-3545
Facsimile: (415) 402-0058
*Attorneys for Plaintiffs*

**WILLIAMS & CONNOLLY, LLP**

By: */s/ David Randall J. Riskin*
Beth A. Stewart
David Randall J. Riskin
680 Maine Ave., S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

### FILER'S ATTESTATION

I, Rachel Abrams, am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION AND ORDER TO STAY PROCEEDING PENDING POTENTIAL TRANSFER OF THIS ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT**. Pursuant to L.R. 5-1(h)(3) regarding signatures regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: November 21, 2025

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

By: */s/ Rachel B. Abrams*
RACHEL ABRAMS

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

These cases, including the deadline for responsive pleadings, joint case-management statements, any related case-management conferences scheduled (or to be schedule) by the Court, and any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines for ADR compliance), are stayed pending the potential transfer of this case by the Judicial Panel on Multidistrict Litigation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____       _____

Honorable Maxine M. Chesney
United States District Judge